# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 cv 105

| | |
|---|---|
| **MELISSA YOUNGBLOOD,** | ) |
| Plaintiff | ) |
| | ) **ORDER** |
| v | ) |
| | ) |
| **METROPOLITAN LIFE INSURANCE** | ) |
| **COMPANY and THE EATON** | ) |
| **CORPORATION/27701 EMPLOYEE** | ) |
| **WELFARE BENEFIT PLAN,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** coming on before the undersigned on the direct referral and specific instructions of the District Court referring the Certification and Report of Rule 26(f) Conference and Discovery Plan (#10) in the above entitled matter to the undersigned for review and disposition. In the certification, it appears that the parties are in disagreement about several issues regarding whether or not there will be discovery in this matter and whether or not expert testimony may be procured and presented. To resolve the issues, the parties have requested a hearing and the District Court has referred that matter, as stated above, on before the undersigned to be hard.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that counsel for the plaintiff and counsel for the defendants appear before the undersigned concerning the Certification and Report of Rule 26(f) Conference and Discovery Plan (#10) **9:00 a.m.** on **August 27,**

**2010** in courtroom #2 of the United States Courthouse in Asheville, NC for the purpose of discussing the contents of the Pretrial Order and Case Management Plan in this matter.

Signed: August 20, 2010

Dennis L. Howell
United States Magistrate Judge