IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv105

MELISSA YOUNGBLOOD,            )
                               )
        Plaintiff,             )
                               )
vs.                            )       **JUDGMENT**
                               )
METROPOLITAN LIFE              )
INSURANCE COMPANY and          )
THE EATON CORPORATION/         )
27701 EMPLOYEE WELFARE         )
BENEFIT PLAN,                  )
                               )
        Defendants.            )
_____)

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendants' Motion for Summary Judgment is **ALLOWED**, and Judgment is hereby **ENTERED** in favor of the Defendants Metropolitan Life Insurance Company and The Eaton Corporation/27701 Employee Welfare Benefit Plan and against the Plaintiff Melissa Youngblood, together with costs.

Signed: October 7, 2011

Martin Reidinger
United States District Judge